days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2609. In the Matter of Discipline of Jeffry S. Pearson.**

565 U.S. 1053, 132 S. Ct. 810, 181 L. Ed. 2d 521, 2011 U.S. LEXIS 8311.

November 28, 2011. Jeffry S. Pearson, of Philadelphia, Pennsylvania, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2610. In the Matter of Discipline of Daniel A. Woolverton.**

565 U.S. 1053, 132 S. Ct. 810, 181 L. Ed. 2d 521, 2011 U.S. LEXIS 8407.

November 28, 2011. Daniel A. Woolverton, of Lakeland, Florida, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

Same case below, 255 P.3d 419.

**No. D-2611. In the Matter of Discipline of Wevley William Shea.**

565 U.S. 1053, 132 S. Ct. 810, 181 L. Ed. 2d 521, 2011 U.S. LEXIS 8346.

November 28, 2011. Wevley William Shea, of Anchorage, Alaska, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.